**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 26-70245 JAD |
| JAY MATTHEW BUCK | : | |
| Debtor | : | |
| | : | Chapter 13 |
| JAY MATTHEW BUCK | : | |
| RONDA WINNECOUR, Trustee, | : | Motion No. [redacted] WO-1 |
| v. Movants | : | |
| | : | |
| | : | Doc. No. 28 |
| AMERIWAY, INC. | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE OF ORDER ON MOTION TO ATTACH WAGES AND NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **28 September 2026.**

The type of service made on the party was:

**USPS First Class Mail:**

Ameriway, Inc.
Attn: Payroll
3701 Beale Avenue
Altoona, PA 16601

Date: 28 September 2026

Respectfully Submitted,

/s/ Jeffrey W. Ross Esq.

Jeffrey W. Ross, Esq.
PA Bar ID No. 201479
Harold Shepley & Associates, LLC
209 West Patriot Street
Somerset, PA 15501
T 814-444-0500
F 814-444-0600
jross@shepleylaw.com